SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
LUIS A. GARCIA (Cal. Bar No. 146876)
Special Assistant United States Attorney
    350 South Figueroa Street, Suite 370
    Los Angeles, California 90071-1202
    Telephone: (213) 894-2681
    Facsimile: (213) 894-2064
    E-mail: garcia.luis.a@dol.gov

Attorneys for Petitioner
Secretary of Labor, U.S. Department of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>AMERICAN POSTAL WORKERS UNION (APWU) LOCAL 4635,<br><br>Respondent. | Case No.: 5:17-mc-00016-JGB-SPx<br><br>ORDER TO SHOW CAUSE<br><br>[NOTE CHANGES MADE BY THE COURT] |

    Petitioner, R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary"), has applied to this Court for an Order requiring Respondent American Postal Workers Union (APWU) Local 4635 ("Local 4635" or "APWU") to produce the documents requested in the subpoena *duces tecum* issued by the Office of Labor-Management Standards, U.S. Department of Labor ("OLMS"), and duly served

upon Local 4635 on August 23, 2017 (the "Subpoena"). Having considered the matters set forth in the Secretary's Petition and accompanying documents, it is hereby:

**ORDERED** that Local 4635 appears and SHOW CAUSE, if any there be, why it should not be ordered by this Court to comply with the Subpoena; and it is further

**ORDERED** that Local 4635 serve and file with the Clerk of this Court, no later than November 7, 2017 a response to the Secretary's Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted; and it is further;

**ORDERED** that Local 4635 appears at a hearing to be held on the Petition on November 28, 2017, at 10:00 a.m., in Courtroom Number 3, 3rd Floor, located at 3470 12th Street, Riverside, California; and it is further

**ORDERED** that Local 4635 SHOW CAUSE why the applicable 60-day statute of limitations under Section 402 of the LMRDA, 29 U.S.C. § 482, should not be tolled as of August 28, 2017, the date on which Local 4635's response to the Subpoena was due, until the Secretary notifies the Court that Local 4635 has complied with the Subpoena; and it is further

**ORDERED** that the Secretary shall forthwith serve a copy of this Order to Show Cause and the Petition and supporting documents on Local 4635 in accordance with Rule 4 of the Federal Rules of Civil Procedure.

_____
UNITED STATES MAGISTRATE JUDGE

2