# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ALEXANDER ACOSTA Secretary of Labor, United States Department of Labor, <br><br> Petitioner, <br><br> v. <br><br> AMERICAN POSTAL WORKERS UNION (APWU) LOCAL 4635, <br><br> Respondent. | Case No. ED MC 17-16-JGB (SPx) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which respondent has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition to Enforce Administrative Subpoena Duces Tecum (docket no. 1) is hereby granted; respondent shall produce the subpoenaed records within five days of the issuance of this order; and petitioner's request to toll the statute of limitations period from August 28, 2017

until the date respondent produces the subpoenaed documents is granted.

DATED: January 7, 2018

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE